**DENIED and Opinion Filed May 28, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00638-CV

## IN RE MEDHANEALEM ERITREAN ORTHODOX TEWAHEDO CHURCH, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-17116**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Goldstein

Before the Court is relator's Request for Writ of Prohibition and Order Staying Proceedings. Relator filed the request in appeal No. 05-24-00546-CV, but we construe the request as a petition for writ of prohibition initiating this original proceeding.

Relator asks this Court to issue a writ of prohibition and a writ staying proceedings in the trial court to prevent the trial court from granting an agreed motion to dismiss and from entering any orders that interfere with or impair the jurisdiction of this Court or effectiveness of any relief sought or that may be granted in appeal No. 05-24-00546-CV.

A petition for writ of prohibition must comply with rule 52 of the Texas Rules of Appellate Procedure. *See In re Dobbins*, No. 05-07-00736-CV, 2007 WL 1844915, at *1 (Tex. App.—Dallas June 28, 2007, orig. proceeding) (mem. op.) (denying petition for writ of mandamus and prohibition on grounds the petition did not comply with rule 52.3). Relator's petition does not comply with rule 52 in numerous respects. *See* TEX. R. APP. P. 52.1, 52.(a)–(d)(3), (e)–(h), (j), (k)(1)(A), 52.7(a). In any event, we conclude that relator has not demonstrated entitlement to the requested relief. *See In re City of Dallas*, No. 05-22-00657-CV, 2022 WL 2737672, at *1 (Tex. App.—Dallas July 14, 2022, orig. proceeding) (mem. op.) (denying petition when relator presented no proper basis for writ of prohibition).

Accordingly, we deny the petition. *See* TEX. R. APP. P. 52.8(a).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
240638F.P05                                    JUSTICE

–2–